IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL T. BINITIE,

    Appellant,

v.                                           CASE NO.: 4:11cv275-SPM/WCS

LEIGH D. HART,
CHAPTER 13 TRUSTEE,

    Appellee.
_____/

## ORDER DENYING MOTION TO DISMISS APPEAL

       This cause comes before the Court on the Chapter 13 Trustee's Motion to Dismiss Appeal (doc. 4) based on Appellant's failure to file an initial brief. Since the filing of the motion, Appellant has filed his initial brief (doc. 5) and Appellee has filed an answer brief (doc. 6). Based on the foregoing, it is

       ORDERED AND ADJUDGED: the motion to dismiss the appeal (doc. 4) is denied.

       DONE AND ORDERED this 3rd day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge